IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAIRA SMITH<br><br>**Plaintiff,**<br><br>v.<br><br>HUMPHRYS – COVERSPORTS, *et al.*<br><br>**Defendants.** | CIVIL ACTION NO. 23-0701 |

## ORDER

**AND NOW,** this 26th day of July 2024, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 19] and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that no later than **August 9, 2024**, counsel shall submit a joint status report as to whether they believe a settlement conference before a magistrate judge or some other form of alternative dispute resolution would be of assistance in resolving the case. If the parties do not wish to engage in alternative dispute resolution, the case will be listed in an available trial pool. In the alternative, the parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge, in which case counsel should complete and submit the appropriate form to the Clerk of Court.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**